IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BAILEY,

        Petitioner,

   v.

MARK NOOTH,

        Respondent.

Civil No. 10-1003-BR

ORDER

BROWN, Judge.

    Petitioner's application to proceed *in forma pauperis* (#3) is DENIED AS MOOT (due to Petitioner's payment of the filing fee).

    Petitioner's motion for appointment of counsel (#4) is GRANTED.  The Federal Public Defender, 101 S.W. Main, Suite 1700, Portland, Oregon 97204, is appointed to represent Petitioner in this proceeding.  See 18 U.S.C. § 3006A(a)(2)(B).  The Clerk is directed to send the Federal Public Defender a copy of the Petition for Writ of Habeas Corpus.

    IT IS SO ORDERED.

    DATED this 9th day of September, 2010.

                              /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge