IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BAILEY,

    Petitioner,

v.

MARK NOOTH,

    Respondent.

Case No. 3:10-cv-01003-BR

ORDER

BROWN, Judge.

IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition [#34] is GRANTED. The Amended Petition for Writ of Habeas Corpus [#10] is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this 13th day of March, 2012.

                                                                              /s/ Anna J. Brown
                                                          ANNA J. BROWN
                                                          United States District Judge

1 - ORDER -