IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT BAILEY,

        Petitioner,

v.

MARK NOOTH,

        Respondent.

Case No. 3:10-cv-01003-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed without prejudice.

    DATED this 13th day of March, 2012.

                                      /s/ Anna J. Brown
                                      ANNA J. BROWN
                                      United States District Judge

1 - JUDGMENT -                    F:\Share\Brown-LawClerks\10-1003bailey0313judgment.wpd